# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 20-00163-KD-MU |
| DAVID WAYNE MCCARN II | : |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Defendant David Wayne McCarn, by consent, has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to **Count Four** of the Indictment charging a violation of Title 21 U.S.C. § 841(a)(1) Possession with the Intent to Distribute Methamphetamine (actual), commonly known as Ice**.**

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary, and the offense charged is supported by an independent basis in fact as to each of the essential elements of such offense. The Court therefore recommends that the plea of guilty be accepted and that Defendant David Wayne McCarn, II, be adjudged guilty and have sentence imposed accordingly.

DONE and ORDERED this 20th day of January, 2021.

                                               s/P. BRADLEY MURRAY
                                      UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.